UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, vs. **MAURICE LEONARD,** Defendant. | 2:07-CR-20545-TGB-MKM **ORDER DENYING MOTION FOR REDUCTION IN SENTENCE** |

On April 1, 2008, Defendant Maurice Leonard pleaded guilty to distribution of more than five grams of crack cocaine, in violation of 21 U.S.C. § 841(a) (Count 2); aiding and abetting the distribution of more than five grams of crack cocaine, in violation of 18 U.S.C. § 2 and 21 U.S.C. § 841(a) (Count 3); aiding and abetting the assault of a federal agent, in violation of 18 U.S.C. §§ 2 and 111(b) (Count 4); and aiding and abetting the use of a firearm during and in relation to a crime of violence, in violation of 18 U.S.C. §§ 2 and 924(c) (Count 5). On July 23, 2008, the Court sentenced Leonard to seventeen years imprisonment. ECF No. 25, PageID.101.

On December 27, 2021, Leonard filed a Motion for Reduction of Sentence in Accord to the Fair Sentencing Act Made Retroactive by the First Step Act. ECF No. 69. The relief requested by Leonard's Motion [69]

1

is the same relief already granted by the Court in its Order [67] of October 25, 2021, which reduced Leonard's sentence on Counts 2 and 3 to 92 months pursuant to the First Step Act.[1]

Accordingly, Maurice Leonard's Motion for Reduction of Sentence in Accord to the Fair Sentencing Act Made Retroactive by the First Step Act [69] is **DENIED as moot**.

**IT IS SO ORDERED.**

Dated: March 10, 2022     s/Terrence G. Berg
                                        TERRENCE G. BERG
                                        UNITED STATES DISTRICT JUDGE

---

[1] Although the First Step Act authorized resentencing as to Counts 2 and 3, it does not permit the Court to resentence Leonard on Counts 4 and 5. Thus, Leonard's sentences for Counts 4 and 5—120 months followed by 84 months consecutive—remain unchanged.